## Hosaj et al. v. Dunn (et al., Appellant).

Argued January 29, 1935. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*Francis D. Mahon,* with him *John M. Kelly,* for appellant.

*Raymond Bialkowski,* of *Bialkowski & Bialkowski,* for appellee.

PER CURIAM, March 25, 1935:

In this suit to recover damages for injuries sustained by the minor plaintiff, when the automobile in which she was riding with defendant Joseph Hosaj collided with a car driven by defendant Dunn, an examination of the record shows that the questions involved were clearly for the jury and were correctly submitted by the court below. We find no error in the court's refusal of appellant's motion for judgment n. o. v. and a new trial.

The judgment is affirmed.